No. 16,277.

RICHARDSON *v.* TOPLISS ET AL.
(217 P. [2d] 624)

Decided March 13, 1950.   Rehearing denied May 1, 1950.

PER CURIAM.

Judgment affirmed in department without written opinion, Mr. Chief Justice Hilliard, Mr. Justice Hays and Mr. Justice Alter, participating.

Mr. JOHN M. BOYLE, for plaintiff in error.

No appearance for defendants in error.